# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOLMAN, THOMAS C. | EASTERN DISTRICT OF CALIFORNIA | 05/09/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE FULL TIME | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

UNITED STATES BANKRUPTCY COURT
501 I STREET, SUITE 3-200
SACRAMENTO, CA 95814

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 05/09/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 05/09/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA ACCTS | A | Interest | M | T | | | | | |
| 2. BANK OF AMERICA ACCOUNT (Trust 1) | A | Interest | | | Closed | 02/19/13 | M | | |
| 3. BANK OF AMERICA ACCOUNT (Trust 2) | A | Interest | J | T | | | | | |
| 4. COST (IRA NO. 1) | A | Dividend | | | Sold | 08/28/13 | L | E | |
| 5. THCGX (IRA NO. 1) | A | Dividend | | | Sold | 08/28/13 | M | E | |
| 6. ABALX (IRA NO. 1) | C | Dividend | N | T | | | | | |
| 7. AGTHX (IRA NO. 1) | B | Dividend | | | Sold | 08/28/13 | N | G | |
| 8. BABIPRrt (457B PLAN NO. 1) | B | Int./Div. | K | T | | | | | SEE PART VIII |
| 9. MDCPIND (457B PLAN NO. 1) | A | Int./Div. | J | T | | | | | |
| 10. MS EAFE (457B PLAN NO. 1) | C | Int./Div. | K | T | | | | | |
| 11. RUS IND (457B PLAN NO. 1) | B | Int./Div. | J | T | | | | | |
| 12. STK IND (457B PLAN NO. 1) | A | Int./Div. | L | T | | | | | |
| 13. ▨ (IRA NO. 1) | | None | J | T | | | | | SEE PART VIII |
| 14. DREYFUS OPPORTUNISTIC MIDCAP VALUE - DMCVX (IRA NO. 2) | C | Dividend | K | T | | | | | |
| 15. SYMETRA LIFE INSURANCE CO. | D | Interest | M | T | | | | | |
| 16. DREYFUS LIQUID ASSETS - DLAXX (IRA NO. 2) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. JACKSON NATIONAL LIFE INSURANCE CO. - ANNUITY (SEP IRA NO. 2 | A | Interest | J | T | | | | | |
| 18. TRMXX (IRA NO. 1) | A | Dividend | N | T | | | | | |
| 19. TRMXX (IRA NO. 2) | A | Dividend | | | Sold | 05/31/13 | L | A | |
| 20. SCHWAB INC MONEY MARKET ACCOUNT | A | Int./Div. | K | T | | | | | |
| 21. SCHWAB BANK CHECKING ACCOUNT | A | Interest | K | T | | | | | |
| 22. RENTAL PROPERTY #1 (SANTA CRUZ, CA) (Trust 1) | | None | | | Distributed | 02/08/13 | P1 | | SEE PART VIII |
| 23. RENTAL PROPERY #2 (SANTA CRUZ, CA) (Trust 1) | | None | | | Distributed | 02/08/13 | N | | SEE PART VIII |
| 24. FRANKLIN TEMPLETON (FKTFX) (Trust 2) | B | Dividend | M | T | | | | | |
| 25. PUTNAM CA TAX EXEMPT INCOME A (PCTEX) (Trust 2) | C | Dividend | N | T | | | | | |
| 26. PUTNAM GROWTH & INCOME A (PGRWX) (Trust 2) | B | Dividend | M | T | | | | | |
| 27. WELLS FARGO ACCOUNTS | A | Interest | | | Closed | 12/30/13 | K | | |
| 28. RKT (IRA NO. 2) | A | Dividend | J | T | | | | | |
| 29. SMURFIT STONE CONTAINER CORP PFD CONV EXCH SER A (IRA NO. 2) | | None | J | T | | | | | SEE PART VIII |
| 30. BANK OF AMERICA ACCOUNTS (Trust 3) | A | Interest | M | T | Open | 02/19/13 | M | | |
| 31. GXRAS (IRA No. 1) | C | Dividend | P1 | T | Buy | 08/28/13 | O | | |
| 32. MORGAN STANLEY CASH ACCOUNT (IRA No. 2) | A | Interest | L | T | Buy | 05/31/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. RENTAL PROPERTY # 1 (SANTA CRUZ, CA) (Trust 3) | | None | P1 | W | Spinoff (from line 22) | 02/08/13 | P1 | | |
| 34. RENTAL PROPERTY # 2 (SANTA CRUZ, CA) (Trust 3) | | None | N | W | Spinoff (from line 23) | 02/08/13 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 05/09/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 8 --- SYMBOL/CUSIP CHANGED 04/29/13.  ACCOUNT WEBSITE REFERS TO BABIPrt AS FORMERLY BRCLCAB WITH A DATE OF 04/29/13.

PART VII, LINE 13 --- CUSIP NUMBER CORRECTED.

PART VII, LINE 22 --- THIS PROPERTY WAS TRANSFERRED FROM TRUST 1 TO TRUST 3 ON 02/08/13.

PART VII, LINE 23 --- THIS PROPERTY WAS TRASFERRED FRON TRUST 1 TO TRUST 3 ON 02/08/13.

PART VII, LINE 29 --- THE STATEMENTS LIST THE SYMBOL/CUSIP AS         THE DESCRIPTION IS SUBSTITUTED.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ THOMAS C. HOLMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544